JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, Warden,<br><br>    Respondent. | No. CV 15-2132-PA (PLA)<br><br>**JUDGMENT** |

    Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: October 23, 2015

                                      HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE